JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA OLSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-02670-AB-JPR<br><br>**JUDGMENT** |

On March 1, 2024, the Court **GRANTED** Defendant Costco Wholesale Corporation's ("Costco") Motion for Summary Judgment (Dkt. No. 26).

**IT IS HEREBY ORDERED** that judgment be entered in favor of Costco against Plaintiff and this action be dismissed. Costco is entitled to seek costs of suit pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54.

**IT IS SO ORDERED.**

Dated: March 21, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE